IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41603
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FRED DIETZ, also known as
Alfred P. Nolan,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(93-CR-197-1)
- - - - - - - - - - -
August 12, 1999

Before POLITZ, WIENER, and STEWART, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that Defendant-Appellant Fred Dietz's pro se motion to dismiss his appeal voluntarily is granted, and his appeal is dismissed. As dismissal relieves Dietz's counsel from further responsibility in this appeal, his motion to withdraw is denied as moot.

    APPEAL DISMISSED; MOTION DENIED as moot.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.